UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

Case No.: 1:22-cv-5598

Plaintiff,

-against-

SERENDIPITY 3, INC.

Defendants.
-------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

| | |
|---|---|
| Dated: November 30, 2023 | Dated: November 30, 2023 |
| *s/Mark Rozenberg* | *s/Janice Sued Agresti* |
| Mark Rozenberg, Esq.<br>STEIN SAKS, PLLC<br>One University Plaza, Suite 620<br>Hackensack, NJ 07601<br>201.282.6500<br>mrozenberg@steinsakslegal.com<br>*Attorneys for Plaintiff* | Janice Sued Agresti<br>Cozen O'Connor<br>3wtc 175 Greenwich street ste 55th floor<br>New York, NY 10007<br>212-453-3978<br>jagresti@cozen.com<br>*Attorneys for Defendant* |